**No. 64133.**—James Barclay & Co., Ltd., et al. *v.* United States, protests 181679–K, etc. (San Francisco).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, APRIL 29, 1960

**No. 64134.**—S. S. Pierce Company *v.* United States, protests 27441–K, etc. (Boston).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

APRIL 25, 1960

**No. 64134–A.**—SUIT 4994.—James Loudon & Co., Inc., and Arcadia Metal Products Inc. *v.* United States.—

C.D. 2054 affirmed January 19, 1960. C.A.D. 731.

BEFORE THE SECOND DIVISION, MAY 2, 1960

**No. 64135.**—S. S. Sarna, Inc. *v.* United States, protests 278594–K, 278595–K, 285358–K, and 289426–K (New York).

OLIVER, Chief Judge: These protests have been limited to four items, identified herein as follows:

| Entry No. | Item | Invoice description | Exhibit No. |
|---|---|---|---|
| 12364 | M–78 | Large Door knocker Colored | 1 |
| 12364 | 230–A | Bell Bottle Openers Eng | 2 |
| 77366 | 218–N | Candle holders Nokdar | 3 |
| 59805 | 181 | brass bell brackets elephant design | 4 |

In classifying the bottle opener (plaintiff's exhibit 2) and the candleholder (plaintiff's exhibit 3), the collector regarded each of those items as consisting